Plaintiff's Motions for Partial Summary Judgment [68, 71] are **DENIED.**

### III. Conclusion

As a result of the foregoing, Defendants' Motion for Partial Summary Judgment [70] is **GRANTED,** and Plaintiff's Motions for Partial Summary Judgment [68, 71] are **DENIED.** As well, because the Court found that Plaintiff could not state a claim regardless of her ability to prove damages, the Defendants' Motion to Strike [75] is **DENIED, as MOOT.**

Because the Plaintiff previously agreed that if she lost on her ADA claim the Court would dismiss all remaining claims against the Defendants, all remaining claims are **DISMISSED.** *See* Dkt. No. [66]. The Clerk is directed to close this case.

mand, ECF No. 49, which were issued pursuant to the court's August 29, 2012 opinion and order, Slip Op. 12–110, ECF No. 47; and Plaintiff has filed its response thereto, ECF No. 52, in which Plaintiff states that it is satisfied with the Redetermination "and has no objection or other comment," *id.;* and the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that *Certain Polyester Staple Fiber from Taiwan,* 76 Fed.Reg. 57,955 (Dep't Commerce Sept. 19, 2011) (final results of antidumping duty administrative review), as modified by the Final Results of Redetermination Pursuant to Court Remand, ECF No. 49, is AFFIRMED.

**FAR EASTERN NEW CENTURY CORPORATION, Plaintiff,**

v.

**UNITED STATES, Defendant.**

**Slip Op. 12–136.**
**Court No. 11–00415.**

United States Court of International Trade.

Nov. 14, 2012.

*JUDGMENT*

DONALD C. POGUE, Chief Judge.

Whereas the United States Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Re-

**FINE FURNITURE (SHANGHAI) LIMITED, et al., Plaintiffs,**

and

**Hunchun Forest Wolf Industry Company Limited, et al., Plaintiff–Intervenors,**

v.

**UNITED STATES, Defendant,**

and

**The Coalition for American Hardwood Parity, Defendant–Intervenor.**

**Slip Op. 12–138.**